No. 11–262. REICHLE ET AL. v. HOWARDS. C. A. 10th Cir. [Certiorari granted, 565 U. S. 1078.] Motion of The Rutherford Institute for leave to file a brief as amicus curiae granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–796. BOWMAN v. MONSANTO CO. ET AL. C. A. Fed. Cir.; and
No. 11–889. TARRANT REGIONAL WATER DISTRICT v. HERRMANN ET AL. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 11–8561. YUNG v. BANK OF AMERICA CORP. ET AL. C. A. 2d Cir.; and
No. 11–8579. DEL BOSQUE v. AT&T ADVERTISING, L. P., DBA AT&T ADVERTISING & PUBLISHING. C. A. 5th Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until April 23, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9161. IN RE RICHARDS. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 11–8613. IN RE SALERNO. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–702. MONCRIEFFE v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari granted. 

No. 11–597. ARKANSAS GAME AND FISH COMMISSION v. UNITED STATES. C. A. Fed. Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition.